UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MARK REED, #151290,

   Plaintiff,

v

GEORGE PRAMSTALLER, *et al.*,

   Defendants.

NO. 2:06-cv-10934

HON. VICTORIA A. ROBERTS

MAG. STEVEN D. PEPE

---

Mark Reed, #151290
*In Pro Per*
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI   48623

Julia R. Bell (P35367)
Attorney for MDOC Defendants
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI   48909
(517) 335-7021

Thomas J. Trenta (P25957)
Michael D. Kennedy (P55983)
Law Offices of Thomas J. Trenta, PLLC
Attorneys for Defendant CMS
33 Bloomfield Hills Parkway, Suite 290
Bloomfield Hills, MI   48304-2945
(248) 554-9900

---

**DEFENDANTS MICHIGAN DEPARTMENT OF CORRECTIONS,
RUSSELL, PRAMSTALLER, BUREAU OF HEALTH CARE
SERVICES AND VADLAMUDI'S STATEMENT
IN LIEU OF PRODUCTION OF RECORDS**

Defendants MDOC, Russell, Pramstaller, Bureau of Health Care Services and

Vadlamudi state that all grievance documents of which they are aware relevant to the

plaintiff's shoulder injury were attached to Defendants' Motion for Summary Judgment for failure to exhaust.

Respectfully submitted,

Michael A. Cox
Attorney General

Dated:  January 31, 2008

*s/ Julia R. Bell*_____
JULIA R. BELL (P35367)
Assistant Attorney General
Corrections Division
PO Box 30217
Lansing, MI  48909
Email:  belljr@michigan.gov
(517) 335-7021
[P35367]

## CERTIFICATE OF SERVICE

I certify that on **January 31, 2008**, I electronically filed **DEFENDANTS MICHIGAN DEPARTMENT OF CORRECTIONS, RUSSELL, PRAMSTALLER, BUREAU OF HEALTH CARE SERVICES AND VADLAMUDI'S STATEMENT IN LIEU OF PRODUCTION OF RECORDS** with the Clerk of the Court using the ECF system and I certify that Pam Pung has mailed by U.S. Postal Service the papers to the following non-ECF participant(s):

****     Mark Reed, #151290
*In Pro Per*
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI  48623

*s/ Julia R. Bell*_____ _____
JULIA R. BELL (P35367)
Assistant Attorney General
Corrections Division
PO Box 30217
Lansing, MI  48909
Email:  belljr@michigan.gov
(517) 335-7021

Bell\ 2007020636A/Reed/.E-Cert

2