**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARK ANTHONY REED-BEY,

   Plaintiff(s),     CASE NUMBER: 06-10934
              HONORABLE VICTORIA A. ROBERTS
v.

GEORGE PRAMSTALLER, ET AL.,

   Defendant(s).
                   /

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 7, 2008, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation (Doc. #86) recommending that the Court DENY Petitioner's Motion for Certificate of Appealability as unnecessary (Doc. #82). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. The Court **DENIES** Petitioner's Motion for Certificate of Appealability.

  **IT IS ORDERED**.

                   /s/ Victoria A. Roberts
                   Victoria A. Roberts
                   United States District Judge

Dated: July 28, 2008